Noelle E. Dwarzski, OSB #131866
BARLOW COUGHRAN
 & JOSEPHSON, P.S.
1325 Fourth Ave., Ste. 910
Seattle, WA  98101
Tel No. (206) 224-9900
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BOARDS OF TRUSTEES OF THE AGC-OPERATING ENGINEER HEALTH AND WELFARE FUND; OPERATING ENGINEERS PENSION FUND; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 701-AGC TRAINING TRUST FUND,**<br>                   Plaintiffs,<br>     v.<br>**ROSS ISLAND SAND & GRAVEL CO,** an Oregon Corporation, Oregon Registry No. 029100-16,<br>                   Defendant. | NO.  3:23-cv-001613-MO<br><br>APPLICATION FOR WRIT OF GARNISHMENT |

Pursuant FRCP 64(b), plaintiffs apply to this Court for issuance of a writ of garnishment on the City of Portland.  This application is based on the following facts:

APPLICATION FOR WRIT OF GARNISHMENT - 1
3: 23-cv-001613-MO

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

857.000 002 he01k201qh

1. Plaintiffs have a judgment that is wholly unsatisfied, against the defendant, Ross Island Sand & Gravel Co., in the United States District Court of Oregon. The judgment was entered with this court on April 5, 2024. The judgment does not represent consumer debt, but debt arising from the operation of a business. Attached as Exhibit A is a copy of the judgment.

2. The amount of judgment is as follows:

$74,632.88 in contributions, $6,380.83 in liquidated damages, $1,125.77 in pre-judgment interest, calculated through February 20, 2024, $2,133.00 in attorney fees, and $497.00 in judgment costs, for a total amount of $84,769.48; plus post-judgment interest of $3,502.20, calculated through May 8, 2024, and garnishment costs of $100.00, for a total of $88,371.68.

3. The judgment is unsatisfied.

4. Plaintiffs have reason to believe, and do believe, that the City of Portland, whose business location is 1221 SW Fourth Avenue, Suite 340, Portland, Oregon 97204 is indebted to the defendant in amounts exceeding those exempted from garnishment by any state or federal law and has possession or control of personal property or effects belonging to the defendant which are not exempted from garnishment by any state or federal law.

5. The garnishee is not the employer of the defendant.

## **CERTIFICATION**

I CERTIFY under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

APPLICATION FOR WRIT OF GARNISHMENT - 2
3: 23-cv-001613-MO

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

857.000 002 he01k201qh

DATED this 14th day of May, 2024.

      *s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, OSB #131866
BARLOW COUGHRAN MORALES
 & JOSEPHSON, P.S.
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This will certify that on May 14, 2024, I caused the foregoing Application for Writ of Garnishment to be electronically filed with the Clerk of the Court using the CM/ECF system. This certifies that the foregoing document was served via CM/ECF electronic mail on all registered users.

Dated this 14th day of May, 2024, at Seattle, Washington.

      *s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, OSB #131866
BARLOW COUGHRAN MORALES
 & JOSEPHSON, P.S.
Attorneys for Plaintiffs

APPLICATION FOR WRIT OF GARNISHMENT - 3
3: 23-cv-001613-MO

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

857.000 002 he01k201qh

# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BOARDS OF TRUSTEES OF THE AGC-OPERATING ENGINEER HEALTH AND WELFARE FUND, OPERATING ENGINEERS PENSION FUNDS,** and **INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 701-AGC TRAINING TRUST FUND,** | No. 3:23-cv-01613-MO  DEFAULT JUDGMENT |

          Plaintiffs,

   v.

**ROSS ISLAND SAND & GRAVEL CO.**,

          Defendant.

**MOSMAN, J.**,

Plaintiffs' Motion for Default Judgment [8] is GRANTED. Defendant Ross Island Sand & Gravel Co. is found to be in default. I ENTER JUDGMENT for Plaintiffs in the amount of $74,632.88 in contributions, $6,380.83 in liquidated damages, and $1,125.77 in interest. I GRANT attorney fees for Plaintiffs in the amount of $2,133.00 and I GRANT $497.00 in costs. It is ordered and adjudged that this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED April  5  , 2024.

                                          *Michael W. Mosman*
                                          MICHAEL W. MOSMAN
                                          Senior United States District Judge